UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TYLER S. RUSHING, SCOTT K. RUSHING, and PAULA L. RUSHING,<br><br>Plaintiffs,<br><br>vs.<br><br>AG PRIVATE PROTECTION, INC., EDGAR SANCHEZ, CITY OF CHICO, CHICO POLICE DEPARTMENT, SCOTT RUPPEL, CEDRIC SCHWYZER, ALEX FLIEHR, JEREMY GAGNEBIN, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, IAN DICKERSON, and DOE 1-20,<br><br>Defendants. | U.S.D.C. Case Number: 2:18-cv-01692-MCE-AC<br><br>*Assigned to the Honorable District Court Judge Morrison C. England, Jr.*<br><br>ORDER GRANTING *EX PARTE* APPLICATION BY DEFENDANTS CITY OF CHICO, CHICO POLICE DEPARTMENT, SCOTT RUPPEL, CEDRIC SCHWYZER, ALEX FLIEHR, AND JEREMY GAGNEBIN FOR AN ORDER GRANTING LEAVE TO FILE A SINGLE MOTION FOR SUMMARY JUDGMENT IN ACCORDANCE WITH THE DISPOSITIVE MOTION CUTOFF DATE<br><br>Action Filed: June 8, 2018 |

///

1

Having considered the *Ex Parte* Application of Defendants City of Chico, the Chico Police Department, Scott Ruppel, Cedric Schwyzer, Alex Fliehr, and Jeremy Gagnebin (the "Chico Defendants") for an order granting them leave to file a single Motion for Summary Judgment that address all claims alleged by Plaintiffs in the Complaint on file herein in accordance with the dispositive motion cutoff date of December 4, 2019, and the legal arguments and evidence in support and in opposition thereto having been fully considered,

IT IS ORDERED that the Chico Defendants are granted leave to file a single Motion for Summary Judgment that address all claims raised in Plaintiffs Complaint on or before December 4, 2019.

IT IS SO ORDERED.

Dated: September 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE