**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Stephen E. Horan, SBN 125241
William E. Camy, SBN 291397
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

**OFFICE OF COUNTY COUNSEL**
**COUNTY OF BUTTE**
Bruce S. Alpert, SBN 075684
Brad J. Stephens, SBN 212246
25 County Center Drive
Oroville, CA 95965
TEL: (530) 538-7621
FAX: (530) 538-6891

Attorneys for Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, and DEPUTY SHERIFF IAN DICKERSON
*Exempt from Filing Fees Pursuant to Government Code § 6103*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT

| | |
|---|---|
| ESTATE OF TYLER S. RUSHING, SCOTT K. RUSHING, and PAULA L. RUSHING,<br><br>Plaintiffs,<br><br>v.<br><br>AG PRIVATE PROTECTION, INC., EDGAR SANCHEZ, CITY OF CHICO, CHICO POLICE DEPARTMENT, SCOTT RUPPEL, CEDRIC SCHWYZER, ALEZ FLIEHR, JEREMY GAGNEBIN, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, IAN DICKERSON, and DOES 1 to 20,<br><br>Defendants. | **CASE NO.: 2:18-cv-01692-MCE-AC**<br><br>**DEFENDANTS COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, AND IAN DICKERSON'S REQUEST TO EXTEND PAGE LIMIT FOR DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; ORDER**<br><br>Complaint filed: 06/08/18 |

1

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, and IAN DICKERSON ("County Defendants") respectfully request permission from this Court to file a Memorandum of Points and Authorities in Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment in excess of the twenty-page limit as contained in the Court's Standing Orders.

In support of this request, County Defendants state that they have attempted in good faith to comply with the page limitation as set forth above, and have made every effort to eliminate extraneous arguments from their Memorandum, but it has become apparent that County Defendants cannot properly address each of the issues in its memorandum within the twenty-page limitation given the complex issues involved in this case, and that Plaintiff alleges eight claims for relief and numerous allegations in support of those claims.

WHEREFORE, County Defendants respectfully request that:

1. County Defendants be allowed to up to twenty-seven (27) pages for their Memorandum of Points and Authorities in Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

2. Any opposition to said motion may also be up to twenty-seven (27) pages in length; and

3. Any reply shall not exceed fifteen (15) pages.

Dated: July 26, 2016          Respectfully submitted,

                                                PORTER SCOTT
                                                A PROFESSIONAL CORPORATION

                                                *By*   /s/ Stephen E. Horan
                                                              Stephen E. Horan
                                                              William E. Camy
                                                              Attorney for Defendants COUNTY OF
                                                              BUTTE, BUTTE COUNTY SHERIFF'S
                                                              OFFICE, and IAN DICKERSON

{02100439.DOCX}
**DEFENDANTS COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, AND IAN DICKERSON'S REQUEST TO EXTEND PAGE LIMIT FOR DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; ORDER**

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that:

1. County Defendants be allowed to up to twenty-seven (27) pages for their Memorandum of Points and Authorities in Support of Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.

2. Any opposition to said motion may also be up to twenty-seven (27) pages in length; and

3. Any reply shall not exceed fifteen (15) pages.

IT IS SO ORDERED.

DATED: November 13, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{02100439.DOCX}
**DEFENDANTS COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, AND IAN DICKERSON'S REQUEST TO EXTEND PAGE LIMIT FOR DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT; ORDER**