UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF TYLER S. RUSHING, et al., | Case No. 2:18-cv-01692-MCE-AC |
| Plaintiffs, | |
| vs. | **ORDER GRANTING PLAINTIFFS' REQUEST FOR PAGE LIMIT INCREASE RE: OPPOSITION TO CITY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| AG PRIVATE PROTECTION, INC., et al., | |
| Defendants. | |

GOOD CAUSE appearing, the Court GRANTS Plaintiffs Estate of Tyler S. Rushing, Scott K. Rushing, and Paula L. Rushing's request for page limit increase concerning their forthcoming opposition to Defendants City of Chico, Chico Police Department, Scott Ruppel, Cedric Schwyzer, Alex Fliehr, and Jeremy Gagnebin's motion for summary judgment (ECF No. 37). Plaintiffs' opposition brief shall receive a ten (10) page limit increase, in addition to the regularly-afforded twenty (20) pages, for a total of thirty (30) pages.

IT IS SO ORDERED.

Dated: December 3, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE