UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TYLER S. RUSHING, SCOTT K. RUSHING, and PAULA L. RUSHING,<br><br>Plaintiffs,<br><br>vs.<br><br>AG PRIVATE PROTECTION, INC., EDGAR SANCHEZ, CITY OF CHICO, CHICO POLICE DEPARTMENT, SCOTT RUPPEL, CEDRIC SCHWYZER, ALEX FLIEHR, JEREMY GAGNEBIN, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, IAN DICKERSON, and DOE 1-20,<br><br>Defendants. | U.S.D.C. Case: 2:18-cv-01692-MCE-AC<br><br>*Assigned to the Honorable District Court Judge Morrison C. England, Jr.*<br><br>**ORDER GRANTING CHICO DEFENDANTS' REQUEST FOR PAGE LIMIT INCREASE RE: REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br><br>Action Filed: June 8, 2018 |

GOOD CAUSE appearing, the Court GRANTS Defendants City of Chico, Chico Police Department, Scott Ruppel, Cedric Schwyzer, Alex Fliehr, and Jeremy Gagnebin's (the "Chico Defendants") request for a page limit increase

1

concerning their Reply to be filed in support of their Motion for Summary Judgment Or, In the Alternative, Partial Summary Judgment. (ECF No. 37). The Chico Defendants' Reply brief shall receive a ten (10)-page limit increase, in addition to the regularly-afforded ten (10) pages, for a total of twenty (20) pages.

DATED: 12/11/2019

/s/ John A. Mendez_____
For the Hon. Morrison C. England, Jr.