UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TYLER S. RUSHING, et al., | No. 2:18-cv-01692-MCE-AC |
| Plaintiffs, | |
| v. | **ORDER** |
| AG PRIVATE PROTECTION, INC., et al., | |
| Defendants. | |

This case is before the Court on remand from the Ninth Circuit. Given the changed landscape of this case in light of that court's rulings, and the parties' positions on the potential for additional rulings on dispositive motions, the Court has concluded that a briefing schedule should now be set for the filing of motions for summary judgment. According, any such briefs shall be filed as follows:

///

///

///

///

///

///

Any Motion(s) for Summary Judgment shall be filed not later than December 1, 2022. Oppositions are due not later than January 12, 2023, and replies are due not later than January 26, 2023. For purposes of judicial economy, the Court will not consider arguments set forth in prior briefs, nor should arguments be incorporated by reference. All arguments should be set forward independently in these new filings. No hearing date will be set at this time, and the motions will be taken under submission when filed. If, after reviewing the parties' filings, the Court determines oral argument will be helpful, it will schedule a hearing at that time. No trial date will be set until any motion(s) are resolved.

IT IS SO ORDERED.

DATED: October 24, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE