Roger A. Colvin, Esq. (SBN 68773)
Sharon Medellín, Esq. (SBN 213798)
ALVAREZ-GLASMAN & COLVIN
Attorneys at Law
13181 Crossroads Parkway North, Suite 400
City of Industry, CA  91746
Tel. (562) 699-5500 · Fax (562) 692-2244
rcolvin@agclawfirm.com   smedellin@agclawfirm.com

Attorneys for Defendants City of Chico, Chico Police Department, Scott Ruppel, Cedric Schwyzer, Alex Fliehr, and Jeremy Gagnebin

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF TYLER S. RUSHING, SCOTT K. RUSHING, and PAULA L. RUSHING,<br><br>Plaintiffs,<br><br>vs.<br><br>AG PRIVATE PROTECTION, INC., EDGAR SANCHEZ, CITY OF CHICO, CHICO POLICE DEPARTMENT, SCOTT RUPPEL, CEDRIC SCHWYZER, ALEX FLIEHR, JEREMY GAGNEBIN, COUNTY OF BUTTE, BUTTE COUNTY SHERIFF'S OFFICE, IAN DICKERSON, and DOE 1-20,<br><br>Defendants. | Case Number 2:18-cv-01692-MCE-AC<br><br>*Assigned to the Honorable District Court Judge Morrison C. England, Jr.*<br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENTS<br><br><br>Action Filed:  June 8, 2018<br>Trial Date:      None Set |

The Request to Seal Documents of Defendants City of Chico, Chico Police Department, Scott Ruppel, Cedric Schwyzer, Alex Fliehr, and Jeremy Gagnebin (collectively, the "Chico Defendants") has been taken under submission by the Honorable Morrison C. England, Jr., District Judge presiding, The evidence presented and issues having been fully considered, and a decision having been duly rendered,

1

IT IS ORDERED that the Chico Defendants' Request to Seal Documents IS GRANTED. The following documents shall be sealed, pending further order of the court:

- ECF No. 37-6 – Butte County District Attorney's Office investigative report
- ECF No. 37-8 – Summary of Post-Incident Interview of Defendant Scott Ruppel
- ECF No. 37-10 – Summary of Post-Incident Interview of Defendant Cedric Schwyzer
- ECF No. 37-11 – Summary of Post-Incident Interview of Ian Dickerson
- ECF No. 84-6 – Butte County District Attorney's Office investigative report
- ECF No. 84-8 – Summary of Post-Incident Interview of Defendant Scott Ruppel
- ECF No. 84-10 – Summary of Post-Incident Interview of Defendant Cedric Schwyzer
- ECF No. 84-11 – Summary of Post-Incident Interview of Ian Dickerson

IT IS FURTHER ORDERED that the Chico Defendants shall file redacted versions of the subject documents forthwith.

IT IS SO ORDERED.

DATED: December 19, 2022

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE