1  Mark E. Merin (State Bar No. 043849)
2  Paul H. Masuhara (State Bar No. 289805)
   LAW OFFICE OF MARK E. MERIN
3  1010 F Street, Suite 300
   Sacramento, California 95814
4  Telephone:    (916) 443-6911
   Facsimile:     (916) 447-8336
5  E-Mail:         mark@markmerin.com
                   paul@markmerin.com
6
7    Attorneys for Plaintiffs
     ESTATE OF TYLER S. RUSHING,
8    SCOTT K. RUSHING, and PAULA L. RUSHING

9  Roger A. Colvin (SBN 68773)
   Sharon Medellín (SBN 213798)
10 ALVAREZ-GLASMAN & COLVIN
   13181 Crossroads Parkway North
11 Suite 400, West Tower
   City of Industry, CA 91746
12 Telephone: (562) 699-5500
   Facsimile: (562) 692-2244
13 rcolvin@agclawfirm.com
   smedellin@agclawfirm.com
14
15
     Attorneys for Defendants
16   CITY OF CHICO, CHICO POLICE
     DEPARTMENT, SCOTT RUPPEL,
17   CEDRIC SCHWYZER, ALEX FLIEHR,
     and JEREMY GAGNEBIN
18

19              UNITED STATES DISTRICT COURT

20            EASTERN DISTRICT OF CALIFORNIA

21               SACRAMENTO DIVISION

| | |
|---|---|
| 22  ESTATE OF TYLER S. RUSHING, SCOTT K. RUSHING, and PAULA L. RUSHING, | Case No. 2:18-cv-01692-MCE-AC |
| 23                                     Plaintiffs, | **STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE; ORDER** |
| 24  vs. | |
| 25  CITY OF CHICO, CHICO POLICE DEPARTMENT, SCOTT RUPPEL, CEDRIC SCHWYZER, ALEX FLIEHR, and JEREMY GAGNEBIN, | |
| 26 | |
| 27                                     Defendants. | |
| 28 | |

1

**STIPULATION FOR REFERRAL AND SETTLEMENT CONFERENCE; ORDER**
*Estate of Rushing v. City of Chico*, United States District Court, Eastern District of California, Case No. 2:18-cv-01692-MCE-AC

## STIPULATION

Pursuant to Local Rule 270, the parties— Plaintiffs Estate of Tyler S. Rushing, Scott K. Rushing, and Paula L. Rushing (collectively, "Plaintiffs") and Defendants City of Chico, Chico Police Department, Scott Ruppel, Cedric Schwyzer, Alex Fliehr, and Jeremy Gagnebin (collectively, "Defendants")—submit the following Joint Stipulation for Settlement Conference.

WHEREAS, the parties jointly agree to participate in a settlement conference before Magistrate Judge Kendall J. Newman;

WHEREFORE, the parties have contacted and confirmed the availability of their principals and Magistrate Judge Kendall J. Newman to conduct a settlement conference in this matter on November 28, 2023; and

Now, THEREFORE, the parties STIPULATE:

1.  that this matter shall be REFERRED to Magistrate Judge Kendall J. Newman for purposes of scheduling and conducting a settlement conference; and

2.  that a settlement conference shall be SCHEDULED to occur in this matter before Magistrate Judge Kendall J. Newman on November 28, 2023.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

2

1     IT IS SO STIPULATED.

2     Dated: September 26, 2023                    Respectfully Submitted,
                                                   LAW OFFICE OF MARK E. MERIN
3
                                                        /s/ Mark E. Merin
4
                                                   By: _____
5                                                      Mark E. Merin
                                                       Paul H. Masuhara
6
                                                       Attorneys for Plaintiffs
7                                                      ESTATE OF TYLER S. RUSHING,
                                                       SCOTT K. RUSHING, and PAULA L. RUSHING
8

9     Dated: September 26, 2023                    Respectfully Submitted,
                                                   ALVAREZ-GLASMAN & COLVIN
10
                                                        /s/ Sharon Medellín
11                                                      (as authorized on September 26, 2023)
                                                   By: _____
12                                                     Roger A. Colvin
                                                       Sharon Medellín
13
                                                       Attorneys for Defendants
14                                                     CITY OF CHICO, CHICO POLICE
                                                       DEPARTMENT, SCOTT RUPPEL,
15                                                     CEDRIC SCHWYZER, ALEX FLIEHR,
                                                       and JEREMY GAGNEBIN
16

17

18                                  **ORDER**

19     GOOD CAUSE APPEARING, the parties' stipulation is GRANTED.

20     1.     This matter is REFERRED to Magistrate Judge Kendall J. Newman for purposes of

21            scheduling and conducting a settlement conference.

22     2.     A settlement conference is SCHEDULED to occur in this matter before Magistrate Judge

23            Kendall J. Newman on November 28, 2023.

24     IT IS SO ORDERED.

25     Dated:  September 27, 2023

26
                                                   _____
27                                                 MORRISON C. ENGLAND, JR.
                                                   SENIOR UNITED STATES DISTRICT JUDGE
28