

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**THE HONORABLE DALE A. DROZD**

| | |
|---|---|
| ESTATE OF TYLER S. RUSHING, ET AL., | CASE No. 2:18-cv-01692-DAD-AC |
| Plaintiff, | |
| v. | MINUTES |
| AG PRIVATE PROTECTION, INC., ET AL., | Date: October 7, 2024 |
| | Deputy Clerk: P. Buzo |
| Defendant*. | CRT RPTR: Kimberly Bennett |

Counsel for Plaintiff: Mark Merin, Paul Masuhara, Robert Chalfant
Counsel for Defendant: Sharon Medellin, Roger Colvin

**JURY TRIAL – DAY 1**

| | |
|---|---|
| 9:15 am | Court in session. Mark Merin, Paul Masuhara, and Robert Chalfant appeared for pltfs'. Sharon Medellin and Roger Colvin appeared for dfts'. Court addressed tentative ruling. Court addressed objections. Plft addressed the court and not objecting to timing. After discussion. Objection overruled. Court addressed tentative rulings. Court discussed trial schedule and possible conflict with another trial scheduled. Ms. Medellin addressed the court as to evidence not being presented as evidence as stated on the record. Ms. Medellin addressed presentation of bodycam shown during opening statement. Mr. Merin addressed defense statement. Court addressed parties and denied request to present bodycam footage during opening statement. Mr. Merin presented Joint Exhibits. Ms. Medellin addressed the court as to exhibit marked on the screen and printed out as an exhibit. Court addressed exhibit as being demonstrative. Matter submitted. After discussion. Exhibit marked on screen not admitted as sub-exhibit. The court adopts [156] Tentative Rulings on Motions in Limine and as supplemented on the record. |
| 10:19 am | Court back in session. Prospective jurors sworn. Court gave introduction of case. Voir Dire began. |
| 11:20 am | Morning recess. |
| 11:40 am | Back in the presence of the prospective jurors. Voir Dire resumed. |
| 12:30 pm | Afternoon recess.<br>Outside the presence of the jury. |
| 1:44 pm | Court back in session. In the presence of the prospective jurors. Resume Voir Dire. |
| 2:24 pm | Pltf voir dire. |
| 2:41 pm | Dft voir dire. |

2:18-cv-01692-DAD-AC, Estate of Tyler S. Rushing v. AG Private Protection, Inc.
Minutes - Page 2

| | |
|---|---|
| 2:51 pm | No objections for cause. |
| 2:55 pm | Peremptory challenges. |
| 3:12 pm | Jury sworn. |
| 3:12 pm | Break |
| 3:45 pm | Back in the presence of the jury. Preliminary instructions given. |
| 4:05 pm | Mr. Merin, gave pltf opening statement. |
| 4:35 pm | Mr. Colvin gave dft opening statement. |
| 5:02 pm | Evening recess. Court admonished jury.  Trial continued to 10/9/24 at 9:00 a.m. |
| 5:15 pm | Court in recess. |
| | |
| | |
| | |
| | |
| | |
| | |

TIME IN COURT: 6.5 hours